**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DARENDA CARR, ) | |
| ) | No.: 17 CV 7297 |
| Plaintiff, ) | |
| ) | Judge: Edmond E. Chang |
| vs. ) | |
| ) | Magistrate Judge: Daniel G. Martin |
| CITY OF CHICAGO, MARCUS MYLES, ) | |
| JAMES PADAR, CHERRON BADY, ) | |
| GEROLD LEE, ANTHONY ROTKVICH, ) | |
| WOJCIECH LACZ, DIEGO DAVILA, ) | |
| KEVIN SELLERS, RICHARD WOOTEN, ) | |
| PETER ARPAIA, ) | |
| JOHN DOES/JANE ROES 1-10, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties, and therefore, this cause should be dismissed without prejudice for 60 days, at which time the dismissal will automatically convert to a dismissal with prejudice, with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Sara Garber
Thedford Garber Law
Attorney for Plaintiff, Darenda Carr
53 West Jackson Blvd., Suite 638
Chicago, Illinois 60604
(312) 614-0866
Attorney No. 6253758
DATE: 7/15/18

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation
EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago

BY: _____
Steffanie Garrett, Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-6959, Attorney No. 6206951
DATE: _____

_____
Maria Magginas, Assistant Corporation Counsel III
Attorney for Defendants, Marcus Myles, James Padar,
Cherron Bady, Gerold Lee, Anthony Rotkvich,
Wojciech Lacz, Diego Davila, Kevin Sellers,
Richard Wooten, and Peter Arpaia
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-8335, Attorney No. 6313401
DATE: 7/23/18